TONY TAMBURELLO, SBN: 46037
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, California 94103
(415) 431-4500

Attorney for Defendant
ZHI -CHENG ZENG



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  CR 05-00465 JSW |
| Plaintiff, | **ORDER PURSUANT TO STIPULATION FOR MODIFICATION FOR PRETRIAL RELEASE** |
| v. | |
| ZHI-CHENG ZENG | |
| Defendant | |

Pursuant to stipulation and good cause having been shown,

**IT IS HEREBY ORDERED:**

1.      The prior pretrial release order issued on June 2, 2005 is modified to allow that the bond in this case be secured by $50,000.00 cash in place of the property located at 8127 Baruch Street, Rosemead, California.


2.      It is further ordered that the clerk of the court execute a substitution of trustee and deed of reconveyance to said property at 8127 Baruch Street, Rosemead, California.

STIPULATION & ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER          PAGE 5

C:\Wp60\Wp60\TT\Stip&OrePretrialRelease.Zeng.wpd

3.   It is further ordered that the substitution of trustee and deed of reconveyance be delivered to Tony Tamburello, Attorney for Mr. Zeng.

4.   Mr. Tamburello is ordered to deliver the substitution of trustee and deed of reconveyance to Central Escrow, 5770 North Rosemead Boulevard, Temple City, California, with instructions regarding escrow number 811-143-RT, that the documents executed by the clerk of the court shall only be filed with the county recorder upon the issuance and delivery of a check made payable to the clerk of the United States District Court, Northern District, State of California regarding Case Number: CR 05-004365 JSW, in the amount of $50,000.00.

**IT IS SO ORDERED.**

Dated: October 25, 2005

_____
MAGISTRATE JUDGE JAMES LARSON