KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZHICHENG ZENG,<br><br>    Defendant. | No. CR 05 465 JSW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION TO SET CHANGE OF PLEA HEARING FOR AUGUST 17, 2006 |

    The defendant and the United States have agreed in principle upon a proposed resolution in this matter. Accordingly, the parties respectfully request that this Court vacate the currently set pre-trial briefing schedule, and set the above-captioned matter for an anticipated change of plea hearing for August 17, 2006 at 2:30PM before this Court. The parties will provide a copy of

//
//
//
//
//
//

the proposed plea agreement to the Court at least 24 hours prior to that date.

    IT IS SO STIPULATED:

DATED: August 4, 2006                /s/
                                   TONY TAMBURELLO, ESQ.
                                   Attorney for Defendant

DATED: August 4, 2006                /s/
                                   ROBERT DAVID REES
                                   Assistant United States Attorney

    IT IS SO ORDERED.

DATED: August 7, 2006                /s/ Jeffrey S. White
                                   HON. JEFFREY S. WHITE
                                   United States District Judge