```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:    ttduboce@mindspring.com


Attorney for Defendant
```
**Zhi Cheng Zeng**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, ) ) ) | Case No. CR-05-00465 |
| Plaintiff, ) ) | **[PROPOSED] ORDER SEALING DECLARATION OF COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL** |
| v. ) ) | |
| **ZHI CHENG ZENG**, ) ) | Date : **DECEMBER 7, 2006** |
| Defendant. ) ) ) | Time : 2:30p.m. Dept.: Hon. Jeffrey S. White |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the DECLARATION OF COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ZHI CHENG ZENG'S MOTION TO SUBSTITUTE COUNSEL be sealed under further order of the court.

Dated: October ~~17~~ 20, 2006                         *Jeffrey S White*
                                                       HON. JEFFREY S. WHITE

1