IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZHICHENG ZENG,<br><br>    Defendant.<br>_____/ | No. CR 05-00465 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE TRIAL DATE** |

       The Court has received the parties' stipulation requesting a continuance of the pretrial and trial dates in this matter. The Court set the trial date on March 29, 2007, and advised the parties at that time that it expected that the matter would go forward to trial expeditiously. The Court has considered the stated reasons for the requested continuance. The Court does not find that the change in counsel for either side is an adequate basis for a continuance. Furthermore, given the Court's stated expectations at the last hearing, and the time that has passed, the Court does not find good cause at this time to grant the request.

       Therefore, the request is DENIED WITHOUT PREJUDICE. The pretrial conference remains set for June 11, 2007, and the parties' pretrial filings are due on May 29, 2007. If the parties intend to renew the request for a continuance, they should detail the efforts they have taken to prepare the matter for trial since the last hearing. Finally, the Court advises the parties that given the Court's schedule, the suggested August 27, 2007 trial date will not work if this

1  trial actually lasts more than one week.

2  **IT IS SO ORDERED.**

4  Dated: May 14, 2007

   _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE