SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7359
   Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-465 JSW |
| Plaintiff, ) | |
| v. ) | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE DATE** |
| ZHICHENG ZENG, ) | |
| Defendant. ) | |

The parties hereby respectfully request and stipulate, with the consent of the defendant, that Pre-Trial Conference date, be continued from Monday, June 11, 2007, at 2:00 pm for one week to Monday, June 18, 2007, or in the alternative, Monday, June 25, 2007.[1]  Such a continuance would permit the pre-trial filings currently due on May 29, 2007 to be continued for at least one week..  The reasons for the stipulation for the continuance request are as follows:

//

//

---

[1] It is the understanding of the parties that this Court holds Pretrial Conferences on Mondays at 2:00 p.m. and therefore, the parties have proposed Monday dates.  If the Court would prefer, the parties can be available on other non-Monday dates.

The parties are prepared to proceed to trial on July 9, 2007. The Pre-Trial Conference date is scheduled for Monday, June 11, 2007. In accordance with this Court's Standing Order, Pre-Trial filings are due to the Court on Tuesday, May 29, 2007. In discussions late in the week of May 7, 2007, the parties first became aware that the discovery previously produced by the United States to prior counsel for the defendant was not provided in its entirety to current defense counsel.[2] Upon discovering this situation, the United States ordered another copy of discovery in its entirety - 1179 pages - for defense counsel. On May 15, 2007, the United States obtained and provided copies of the "reproduced" copies of discovery to defense counsel. Simultaneous with this "re-production" of discovery, the United States produced an additional 1722 pages of discovery. Of these additional pages, 1256 pages consist of materials that were previously made available for inspection to prior counsel pursuant to Fed. R. Crim. P. 16(a)(1)(E). These pages were apparently never copied by prior counsel or provided to current defense counsel. In addition, the United States produced an additional 224 pages of materials that relate to Count II of the Superseding Indictment, a charge of Conspiracy to Commit Marriage Fraud, with which the defendant Zeng is not charged. Although these 224 pages of materials relate to a count with which the defendant was not charged, the United States produced them out of an abundance of caution.

In accordance with this Court's Standing Order, the parties will be submitting a Joint Pre-Trial Conference Statement. As stated above, this Statement is currently due to the Court on May 29, 2007. The parties submit that a one week continuance to the Pre-Trial Conference date is necessary to permit defense counsel time to adequately review the recently obtained discovery and discuss the same with his client[3] prior to preparing

---

[2] As the Court is aware, defense counsel John Jordan, Esq., was appointed to represent the defendant Zhicheng Zeng on March 29, 2007.

[3] Of note, defense counsel requires the assistance of a Mandarin interpreter in discussions with his client.

JOINT STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRETRIAL CONFERENCE DATE, CR 05 465 JSW          2

1  Joint Pre-Trial Conference statement.  Under the current schedule, only two weeks
2  remain for defense counsel to first, review and assess this recently obtained discovery and
3  then, for the parties to meet, discuss, agree to content, and prepare a thorough Joint Pre-
4  Trial Conference Statement.  The parties respectfully submit that absent a short
5  continuance to the Pre-Trial Conference date, the parties will not have sufficient time to
6  discuss and jointly prepare a comprehensive and complete Joint Pre-Trial Conference
7  Statement.

   For these reasons, failure to grant the requested continuance of the Pre-Trial
   Conference for one week would unreasonably deny counsel reasonable time necessary for
   effective preparation, taking into account the exercise of due diligence.

   Accordingly, the parties respectfully request that the Pre-Trial Conference date, be
   continued from Monday, June 11, 2007, at 2:00 pm for one week to Monday, June 18,
   2007, or in the alternative, Monday, June 25, 2007.

   IT IS SO STIPULATED:

   DATED:  May 15, 2007          _____/s_____
                                 JOHN JORDAN, ESQ.
                                 Attorney for Defendant


   DATED:  May 15, 2007          _____/s_____
                                 DENISE MARIE BARTON
                                 Assistant United States Attorney


   For the reasons set forth above, IT IS HEREBY ORDERED that the Pre-Trial
   Conference date, be continued from Monday, June 11, 2007, at 2:00 pm to
   _June 18,_____, 2007 at _2:00 p.m._.

   DATED: May 15, 2007            _____/s/ Jeffrey S. White_____
                                  HON. JEFFREY S. WHITE

JOINT STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRETRIAL
CONFERENCE DATE, CR 05 465 JSW         3