IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZHICHENG ZENG,

    Defendant.
_____/

No. CR 05-00465 JSW

**ORDER SETTING RESPONSE DATE ON MOTION TO SUPPRESS AND STATUS CONFERENCE**

The Court has received Defendant Zeng's Request to Set Status Hearing Regarding Hearing and Trial Dates and his motion to suppress evidence.

The Court HEREBY ORDERS that this matter shall be set for a status conference on Monday, June 4, 2007 at 2:00 p.m.

The Court notes that Defendant's motion to continue the trial date represents that the reason for the belated motion to suppress is that it is based upon discovery that apparently was recently produced by the Government. The Court is mindful of the balance that must be preserved between protecting all parties rights and ensuring a fair trial. However, in light of the Court's prior admonitions to counsel regarding proceeding with this trial in a timely fashion, the Court shall require an expedited response from the Government to the motion to suppress.

1  Accordingly, the Government shall file an opposition to the motion to suppress and to
2  the request to continue the pretrial and trial dates by no later than 10:00 a.m. on June 4, 2007.
3  **IT IS SO ORDERED.**

Dated: May 25, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE