SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7359
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-465 JSW |
|     Plaintiff, ) | |
| v. ) | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY FILING OF PRE-TRIAL FILINGS** |
| ZHICHENG ZENG, ) | |
|     Defendant. ) | |

    The parties hereby respectfully request and stipulate, with the consent of the defendant, that the June 4, 2007 filing date for the Joint Pre-Trial Conference Statement and all pre-trial filings, 14 days in advance of the June 18, 2007 Pre-Trial Conference as per the Court's Standing Order, be stayed pending this resolution of *Defendant's Motion to Suppress* and *Request to Set Status Hearing Regarding Hearing and Trial*.

    The parties have been resolving outstanding discovery issues and reviewing newly obtained discovery. In addition, that parties suggest that they cannot accurately determine which exhibits and witnesses should be included in the Joint Pre-Trial Conference Statement until the *Motion to Suppress* is decided. Further, in light of the Court's prior

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY FILING OF PRE-TRIAL FILINGS
CR 05-465 JSW

admonitions, the parties would like to address the Court at the Status Conference on June 4, 2007 concerning possible settlement of this matter.

With respect to these pre-trial filings, the parties suggest that if, at the June 4, 2007 proposed date for a change of plea hearing, the Court does not continue the trial date, the Court could then re-set Friday, June 8, 2007, or a date at its convenience, as the date by which the filing of Joint Pre-Trial Conference Statement and all pre-trial filings are due.

IT IS SO STIPULATED:

DATED: June 1, 2007  _____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney

DATED: June 1, 2007  _____/s/_____
JOHN JORDAN, ESQ.
Attorney for Defendant

For the reasons set forth above, IT IS HEREBY ORDERED that the June 4, 2007 filing date for the Joint Pre-Trial Conference Statement and all pre-trial filings be stayed pending resolution of *Defendant's Motion to Suppress* and *Request to Set Status Hearing Regarding Hearing and Trial*. The Government's response to the motion to suppress remains due as previously ordered.

DATED: June 1, 2007  _____
HON. JEFFREY S. WHITE
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY FILING OF PRE-TRIAL FILINGS
CR 05-465 JSW                                   2