SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7359
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZHICHENG ZENG,<br><br>    Defendant. | No. CR 05-465 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

On June 4, 2007, the parties in this case appeared before the Court for a Status Conference and stipulated that time should be excluded from the Speedy Trial Act calculations from June 4, 2007 through July 31, 2007 for effective preparation of counsel. Defense counsel has recently received additional discovery from the Government; requires time to review this discovery with his client; filed a Motion to Suppress on May 25, 2007; and anticipates filing an additional motion concerning this discovery in accordance with the schedule set by the Court. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(1)(F); 3161(h)(8)(B)(iv).

    IT IS SO STIPULATED:

1 | DATED: June 7, 2007            _____/s_____
2 |                                            DENISE MARIE BARTON
                                           Assistant United States Attorney

DATED: June 7, 2007            _____/s_____
                                           JOHN JORDAN, ESQ.
                                           Attorney for Defendant

For the reasons set forth above, IT IS HEREBY ORDERED that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 4, 2007 through July 31, 2007 due to the filing of the Motion to Suppress and for effective preparation of counsel.  See 18 U.S.C. §§ 3161(h)(1)(F); 3161(h)(8)(A).  The failure to grant the requested continuance would deny the counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June 13, 2007           _/s/ Jeffrey S. White_____
                                           HON. JEFFREY S. WHITE
                                           United States District Judge