SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7359
   Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-465 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION AND** |
| v. | ) | [~~PROPOSED~~] **ORDER TO VACATE** |
| | ) | **THE PLEA DATE OF JULY 9, 2007** |
| ZHICHENG ZENG, | ) | **AND PROCEED WITH THE** |
| | ) | **MOTIONS HEARING ON JULY 31,** |
| Defendant. | ) | **2007** |

      The parties hereby respectfully request and stipulate that the July 9, 2007 date set by this Court for Entry of Plea be vacated. The parties further request that the Court reset this matter for Motions hearing on July 31, 2007 at 10:00 am, the date previously been set for a Motions Hearing by this Court.

      On Monday, July 2, 2007, the parties agreed on terms for disposition of this matter which involved filing of and plea to a Superseding Information. On Tuesday, July 3, 2007, the Government filed the Superseding Information and set the matter for Arraignment on Thursday, July 5, 2007 in Magistrate Court. On Thursday, July 5, 2007, the defendant advised his counsel that he no longer wanted to accept the terms of the Plea Agreement arrived at with the Government. Thereafter, defense counsel advised the

1  Government of defendant's position.  On Thursday, July 5, 2007, the parties appeared
2  before the Honorable James Larson.  Defense counsel advised the Court of the
3  defendant's position; the Government advised that it will file a Motion to Dismiss the
4  Superseding Information.  Thereafter, on Thursday, July 5, 2007, the Government advised
5  the Deputy Courtroom Clerk for the Honorable Jeffrey S. White of the status of this
6  matter.

8          IT IS SO STIPULATED.

11 DATED: July 5, 2007           _____/s/_____
                                 DENISE MARIE BARTON
12                               Assistant United States Attorney

13 DATED: July 5, 2007           _____/s/_____
14                               JOHN JORDAN, ESQ.
                                 Attorney for Defendant

17      For the reasons set forth above, IT IS HEREBY ORDERED that the July 9, 2007
18 date for Entry of a Plea be vacated and that the Motions Hearing be reset for July 31,
19 2007, 10:00 am, the date and time previously scheduled by this Court for a Motions
20 Hearing.

24 DATED: July 5, 2007           _____
                                 HON. JEFFREY S. WHITE
25                               United States District Judge