```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    DOUGLAS SPRAGUE (CSBN 202121)
 3  Chief, Criminal Division

 4  DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone:  (415) 436-7359
 7      Fax:  (415) 436-7234
        Email: denise.barton@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-465 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED]** |
| v. | ) | **ORDER TO DISMISS** |
| | ) | **SUPERSEDING INFORMATION** |
| ZHICHENG ZENG, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Superseding Information without prejudice.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED:  7/5/2007   /s/ Denise Marie Barton
_____  _____
DENISE MARIE BARTON
Assistant United States Attorney

//

NOTICE OF DISMISSAL
CR 05-465 JSW

1 | The Court hereby grants leave to dismiss the above Superseding Information without
2 | prejudice.    and notes the Defendant does not oppose the motion.  (See Docket No. 258.)

DATED: July 5, 2007

*Jeffrey S. White*
Jeffrey S. White
United States District Court Judge

NOTICE OF DISMISSAL
CR 05-465 JSW