SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7359
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-465 JSW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO AMEND THE JUDGMENT** |
| ) | |
| ZHICHENG ZENG, ) | |
| ) | |
| Defendant. ) | |

    Pursuant to Crim. Rule P. 35, the parties hereby respectfully request and stipulate to amend the Judgment in the following respects:

    First, the Judgment should reflect that the Defendant pled guilty to Count One of the Superseding *Information*; not a Superseding Indictment. The United States filed the Superseding Information to which the Defendant pled guilty on August 16, 2007. (*ECF Docket No. 272*).

    Second, the Judgment should reflect that the Offense Ended Date is August 16, 2007, not July 3, 2007. On July 3, 2007, the United States had filed another Superseding Information. (*ECF Docket No. 261*). However, that Superseding Information was dismissed on July 5, 2007. (*ECF Docket No. 259*). As stated above, August 16, 2007 is the date on which the United States

STIPULATION AND [PROPOSED] ORDER TO AMEND THE JUDGMENT, CR 05-465 JSW

filed the Superseding Information to which the defendant pled guilty. (*ECF Docket No. 272*)

Third, the Judgment should reflect that Count One of the Superseding Indictment dated August 30, 2005, not Count Two, is dismissed on the motion of the United States. (*ECF Docket No. 72)*. At Sentencing on December 13, 2007, the prosecutor incorrectly stated the Count to dismiss. The defendant was not charged in Count Two of the Superseding Indictment. He was only charged in Count One of that Superseding Indictment. (*ECF Docket No. 72*).

IT IS SO STIPULATED:

DATED: December 21, 2007          /s
                                            DENISE MARIE BARTON
                                            Assistant United States Attorney

DATED: December 21, 2007          /s
                                            JOHN JORDAN, ESQ.
                                            Attorney for Defendant

For the reasons set forth above, IT IS HEREBY ORDERED that the Judgment in this matter be amended as follows:

First, the Judgment should reflect that the Defendant pled guilty to Count One of the Superseding *Information*, not a Superseding Indictment.

Second, the Judgment should reflect that the Offense Ended Date is August 16, 2007, not July 3, 2007.

Third, the Judgment should reflect that Count One of the Superseding Indictment dated August 30, 2005, not Count Two is dismissed on the motion of the United States.

DATED: December 21, 2007          */s/ Jeffrey S. White*
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Judge