IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0465 JSW |
| Plaintiff, | ) | |
| v. | ) | ~~(Proposed)~~ **ORDER** |
| ZHICHENG ZENG, | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN,** the Clerk of the Court is directed to remove John J. Jordan as attorney of record from the district court files and records for the above-entitled case, and enter defendant ZHICHENG ZENG as appearing pro-se in this matter.

**IT IS SO ORDERED.**

Dated: _January 4_____, 2008

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE